Name: Chris Magis Nero
Executor, Private Attorney General, Bounty Hunter,
Bailee, Secured Party
Address: 2120 E. Broadway Blvd. #108
City, State, Zip: Tucson, AZ 85719
Phone No.: (520) 612-9797

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

Chris Magis Nero Executor, Private Attorney General, Bounty Hunter, Bailee, Secured Party
Plaintiff(s),

vs.

BRUCE BEVERLY,
GREAT AMERICAN TITLE,
BURCH & CRACCHIOLO, P.A.,
ET AL.
Defendant(s).

Case No: CV-24-00536-TUC-AMM

**COMPLAINT FOR DAMAGES ORDER AND DEMAND FOR SUMMARY JUDGMENT, ENFORCEMENT OF PRIVATE ADMINISTRATIVE PROCESS, CERTIFICATE OF DISHONOR AND ESTOPPLE.**

Comes Now Grantor: Chris-Magis Nero., Executor for the United States For America. COMPLAINT FOR DAMAGES ORDER AND DEMAND FOR SUMMARY JUDGMENT, ENFORCEMENT OF PRIVATE ADMINISTRATIVE PROCESS, CERTIFICATE OF DISHONOR AND ESTOPPLE.

Hereby brings this action against the Defendants, Burch & Cracchiolo, P.A., Casey S. Blais,, et al., under the Federal Tort Claims Act and alleges as follows:

**JURISDICTION AND VENUE**

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331, 1391 (b) and 1346 (b) for federal question jurisdiction and claims under the Federal Tort Claims Act.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391, as the events giving rise to this claim occurred within this district.

**FACTUAL BACKGROUND**

1

Defendants have failed to execute their fiduciary responsibilities concerning the following federal forms:
- SF 30
- SF 1414
- SF 1416
- SF 1418

These failures have resulted in a Certificate of Dishonor, supported by documented confessions of default. The Plaintiff holds a perfected lien on these financial instruments under UCC Article 9, thus establishing a superior claim over any interests asserted by the Defendants.

## VIOLATIONS OF FEDERAL LAW

Defendants have violated multiple federal statutes, including:
- 15 U.S.C. § 1 (Sherman Antitrust Act): Engaging in conspiracy to restrain trade by refusing to honor valid obligations.
- 15 U.S.C. § 2: Abusing monopolistic control over financial processes.
- UCC Article 9: Establishing a perfected lien as a superior creditor.
- Estoppel and Default: Defendants are estopped from asserting any defenses due to their continued inaction and breach of duty.

As a result of these breaches, the Plaintiff has suffered significant financial harm and damage to his reputation, requiring judicial intervention.

## CAUSES OF ACTION

1. Violation of Fiduciary Duty
2. Fraudulent Misrepresentation
3. Breach of Contract
4. Antitrust Violations (15 U.S.C. §§ 1 and 2)

MOTION FOR SUMMARY JUDGMENT

The Plaintiff hereby moves for summary judgment based on the following:
1. Certificate of Dishonor establishing Defendants' failure to perform.
2. Private Administrative Process documenting Defendants' failure to respond.

3. Superior Lien established under UCC-1.

## PRAYER FOR RELIEF

Plaintiff respectfully orders and demands that this Court grant the following relief:

1. Summary Judgment in favor of Plaintiff.

2. Punitive damages in an amount equal to 20 times the original claim under 15 U.S.C. §§ 1 and 2.

3. Compensatory damages for financial losses.

4. Legal fees and costs associated with this action.

5. Injunctive relief against further fraudulent practices.

6. An order of Oyer requiring production of all relevant financial documents.

7. The Private Attorney General to proceed in forma pauperis as Plaintiff qualifies under 28 U.S.C. § 1915, which allows for waiver of filing fees for individuals unable to pay due to their status as a Private Attorney General. The legal precedent set forth in Adkins v. E.I. Du Pont de Nemours & Co., 335 U.S. 331 (1948), supports the exemption from fees for those acting in the public interest.

## WAIVER OF FEES

Plaintiff asserts that, under 28 U.S.C. § 1916, he is exempt from paying any court fees due to his position as a Private Attorney General and the significant public interest at stake in this action. The Plaintiff's financial situation qualifies him for relief from the imposition of filing fees, as detailed in 28 U.S.C. § 1915.

## CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that this Court grant summary judgment in his favor and award the relief sought herein, including the waiver of fees based on his status as a Private Attorney General.

Dated this 10/21/2024.

Without Recourse

By: *Chris Magis Nero*,
    Chris Magis Nero Bailee
    Private Attorney General
    Private Bounty Hunter

3

# CERTIFICATE OF SERVICE

COPIES of the foregoing filed, emailed or hand-delivered this 25th day of October, 2024, with:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
405 W Congress St #1500,
Tucson, AZ 85701

BRUCE BEVERLY,
GREAT AMERICAN TITLE
7720 North 16th Street Suite 450
Phoenix, AZ 85020

NOTARY ACKNOWLEDGEMENT:

State of: __Arizona__

County of: __Pima__

Sworn to and subscribed before me this __28th__ day of __October__, __2024__, by Chris Magis Nero, who is personally known to me or has provided identification.

__Carla Orr__.

Notary Public Signature

My Commission Expires: __Feb 28, 2027__.

CARLA ORR
Notary Public - Arizona
Pima County
Commission # 642976
My Comm. Expires Feb 28, 2027

6